# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:15cr285 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| **PATRICK OWUSU,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 13th day of July 2018, the defendant's motion to dismiss the indictment (Doc. 48) is hereby **DENIED**.

                        **BY THE COURT:**

                        **s/ James M. Munley**
                        **JUDGE JAMES M. MUNLEY**
                        **United States District Court**